# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MARIA L MERAZ                                          Case No.: 06-11503

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/14/2006.

2) The case was confirmed on 12/06/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/21/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 04/15/2009.

6) Number of months from filing to the last payment: 31

7) Number of months case was pending: 34

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    17,500.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 52,891.57 |
| Less amount refunded to debtor | $ 1,813.76 |
| **NET RECEIPTS** | $ 51,077.81 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 660.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 3,526.90 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,186.90 |
| Attorney fees paid and disclosed by debtor | $ 2,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LVNV FUNDING LLC | UNSECURED | 781.91 | 781.91 | 781.91 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 774.78 | 774.78 | 774.78 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 12,025.00 | 22,701.80 | 22,701.80 | 11,779.91 | 9,934.07 |
| FORD MOTOR CREDIT | UNSECURED | 11,098.49 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | SECURED | 14,627.81 | 9,743.47 | 9,743.00 | 4,785.00 | .00 |
| MIDLAND MORTGAGE CO | SECURED | NA | .00 | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | SECURED | 5,000.00 | 17,670.14 | 17,670.14 | 12,878.52 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 10,850.93 | 17,029.37 | 17,029.37 | 7,513.41 | .00 |
| B-LINE LLC | UNSECURED | 817.97 | NA | NA | .00 | .00 |
| BUREAU OF COLLECTION | UNSECURED | 848.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,312.53 | 1,312.53 | 1,312.53 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 682.80 | 848.54 | 848.54 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 292.45 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 679.84 | 679.84 | 679.84 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 443.77 | 443.77 | 443.77 | .00 | .00 |
| ECMC | UNSECURED | 9,211.03 | 9,657.37 | 9,657.37 | .00 | .00 |
| ILLINOIS DEPT OF EMP | UNSECURED | 3,047.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 5,732.94 | 6,051.60 | 6,051.60 | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | 1,548.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 324.00 | NA | NA | .00 | .00 |
| NW COLLECTOR | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| NW COLLECTOR | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| NW COLLECTOR | UNSECURED | 100.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

```
====================================================================
 Scheduled Creditors:

 Creditor                    Claim         Claim         Claim       Principal      Int.
   Name            Class    Scheduled     Asserted      Allowed        Paid        Paid

 PROFESSIONAL ACCOUNT  UNSECURED    933.00        NA           NA          .00         .00
 RESURGENT CAPITAL SE  UNSECURED    774.78        NA           NA          .00         .00
 RESURGENT CAPITAL SE  UNSECURED    781.91        NA           NA          .00         .00
 RESURGENT CAPITAL SE  UNSECURED    781.91        NA           NA          .00         .00
 RESURGENT CAPITAL SE  UNSECURED    774.78        NA           NA          .00         .00
 WFFNNB/ LANE BRYANT   UNSECURED    246.68        NA           NA          .00         .00
 WORLD FINANCIAL NETW  UNSECURED     97.04        NA           NA          .00         .00
 WORLD FINANCIAL NETW  UNSECURED    201.56        NA           NA          .00         .00
 MIDLAND BANK          OTHER          NA          NA           NA          .00         .00
====================================================================
```

**UST Form 101-13-FR-S(4/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 17,670.14 | 12,878.52 | .00 |
| Debt Secured by Vehicle | 22,701.80 | 11,779.91 | 9,934.07 |
| All Other Secured | 9,743.00 | 4,785.00 | .00 |
| **TOTAL SECURED:** | 50,114.94 | 29,443.43 | 9,934.07 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 17,029.37 | 7,513.41 | .00 |
| **TOTAL PRIORITY:** | 17,029.37 | 7,513.41 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 20,550.34 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,186.90 |
| Disbursements to Creditors | $ | 46,890.91 |
| **TOTAL DISBURSEMENTS:** | $ | 51,077.81 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    07/20/2009               /s/ Tom Vaughn
                                   Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**